AO 83 (Rev. 01/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JENNIFER LOUISE MILLER | ) | Case No. 7:08-MJ-1034 |
| | ) | |
| Defendant | ) | |

RECEIVED DEC 2 8 2009 U.S. Marshals Services, EDNC

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☑ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: Alton Lennon Federal Building 2 Princess St., Wilmington, NC | Courtroom No.: 3 |
|---|---|
| | Date and Time: 02/10/2010 02:00 |

This offense is briefly described as follows:
Motion for Revocation filed 12/7/2009

Date: 12/08/2009

_____
Issuing officer's signature

E L Eggleston, Deputy Clerk
*Printed name and title*

---

### Proof of Service

This summons was received by me on *(date)* 12-08-09.

☑ I personally served the summons on this defendant Jennifer Miller at *(place)* Camp Lejeune, NC on *(date)* 12-24-09; or

☐ On *(date)* _____, I left the summons at the defendant's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, and mailed a copy to the defendant's last known address; or

☐ The summons was returned unexecuted because _____.

I declare under penalty of perjury that this information is true.

Date returned: 12-24-09

_____
Server's signature

David Becker DUSM
*Printed name and title*

Remarks:

**FILED**
DEC 3 1 2009
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK